CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Gregory Fu. Hurley, Cal Bar No. 126791
ghurley@sheppardmullin.com
Michael J. Chilleen, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Attorneys for Defendant
Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>　　　　Defendants. | Case No.: 2:20-cv-10594-SVW-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1 | Dated: June 01, 2021     CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
　　　Amanda Seabock
　　　Attorneys for Plaintiff

Dated: June 01, 2021     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ Michael J. Chilleen
　　　Gregory Fu. Hurley
　　　Michael J. Chilleen
　　　Attorneys for Defendant
　　　Home Depot U.S.A., Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael J. Chilleen, counsel for Home Depot U.S.A., Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 01, 2021         ENTER FOR DISABILITY ACCESS

By:     /s/ Amanda Seabock
        Amanda Seabock
        Attorneys for Plaintiff